NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1535

GPS INDUSTRIES, INC. and OPTIMAL I.P. HOLDINGS, L.P.,

Plaintiffs-Appellants,

v.

ALTEX CORPORATION, DECA INTERNATIONAL CORP.,
GOLFLOGIX, INC., and L1 TECHNOLOGIES, INC.,

Defendants-Appellees,

and

GPS GOLF PRO, LLC, KARRIER COMMUNICATIONS,
GPS TECHNOLOGIES, INC., LINKS POINT, INC.,
and TEE2GREEN TECHNOLOGIES, PTY LTD.,

Defendants,

and

SKYHAWKE TECHNOLOGIES, LLC,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Texas in case no. 3:07-CV-0831, Judge Ed Kinkeade.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Altex Corporation et al. (Altex) move the court to take judicial notice of (1) the January 14, 2010 Office Action of the United States Patent and Trademark Office rejecting all claims under reexamination of Patent No. 5,364,093, (2) the Patent

Assignment Abstract of Title for Patent No. 5,364,093, and (3) the October 2, 2009 order of the United States Bankruptcy Court for the Middle District of Florida in In re GPS Indus., Inc., No. 8:09-BK-16766. GPS Industries, Inc. and Optimal I.P. Holdings, L.P. (GPS) oppose. Altex replies.

We grant the motion for judicial notice. Altex asserts that the documents may be relevant to this court's jurisdiction over the appeal. We direct GPS to respond whether this appeal should be dismissed, based on the second and third documents listed above that Altex now submits to this court.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. GPS is directed to respond, within 21 days of the date of filing of this order, whether this appeal should be dismissed. Altex may respond within 14 days thereafter.

(2) Proceedings in this appeal are stayed.

FOR THE COURT

APR 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alfonso Garcia Chan, Esq.
John L. Hendricks, Esq.
Arthur I. Neustadt, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

2009-1535                                    2